UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE PAUL SANCHEZ BARRIOS,

    Plaintiff,

v.

    Case No. 2:26-cv-477-KCD-DNF

DONALD J. TRUMP, et al.,

    Defendants.
_____/

## ORDER

Petitioner seeks habeas relief under 28 U.S.C. § 2241. (Doc. 1.) The Court finds that a response is appropriate. Accordingly, it is **ORDERED**:

Under 28 U.S.C. § 2243, Respondents are **DIRECTED** to show cause why Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) should not be granted. After careful review of the petition and its attachments, the Court finds good cause to allow Respondents until **March 6, 2026**, to do so.

**ORDERED** in Fort Myers, Florida on February 23, 2026.

*(signature)*

Kyle C. Dudek
United States District Judge