UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE PAUL SANCHEZ BARRIOS,

    Petitioner,

v.

DONALD J. TRUMP, ACTING COMMISSIONER, PETE R. FLORES, SECRETARY, KRISTI NOEM, PAMELA BONDI, U.S. ATTORNEY GENERAL, FIELD OFF. DIRECTOR GARRETT J RIPA, MARCO RUBIO, WARDEN SOFT SIDE SOUTH (ALLIGATOR ALCATRAZ), TODD M LYONS,

    Respondents.

Case No. 2:26-cv-477-KCD-DNF

## ORDER

Jose Paul Sanchez Barrios has filed a habeas corpus petition to challenge his ongoing immigration detention at Alligator Alcatraz. (Doc. 1.) The petition casts a wide net. He has sued the Secretary of the Department of Homeland Security, various Immigration and Customs Enforcement (ICE) officials, the Attorney General, and the warden of the Alligator Alcatraz facility itself. (*Id.* at 7.)

The warden now moves to dismiss the petition against him. His argument is straightforward. Alligator Alcatraz is a non-federal facility that houses immigrant detainees pursuant to a memorandum of understanding

with ICE. Therefore, the warden argues that he does not have true custody over Barrios and is an improper respondent. (*See* Doc. 12.)

But that position creates a bit of a puzzle when juxtaposed with the federal government's usual stance. In nearly every other habeas case of this kind, the federal respondents tell us that the *only* proper respondent is the warden of the facility where the prisoner is held. *See, e.g.*, *Lopez v. Secretary Kristi Noem, et al.*, No. 2:26-cv-327, Doc. 5 at 2 n.1 (M.D. Fla. 2026). So, the Court is left with a game of hot potato. The state warden says the federal agencies have custody, and the federal agencies point the finger right back.

To resolve these competing claims, the Court needs to hear from the federal respondents. They must respond to the warden's motion to dismiss. In doing so, they must specifically explain how their position in this case squares with the argument they routinely advance—that the local warden is the sole proper respondent under *Rumsfeld v. Padilla*, 542 U.S. 426, 434-36 (2004). This response is due within the time frame set by Local Rule 3.01 and shall not exceed fifteen pages.

One last issue. The federal respondents have not yet responded to the Petition. *See* Doc. 10. They must do so by **March 13, 2026**.

The Clerk is **DIRECTED** to send a copy of this Order electronically to the United States Attorney's Office in Tampa, Florida (USAFLM.Alcatraz@usdoj.gov)

**ORDERED** in Fort Myers, Florida on March 10, 2026.

Kyle C. Dudek
United States District Judge

3